# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:  
Raymond Edward Kelton  
2208 N Main St  
Bonham , TX 75418  
SSN: XXX-XX-9140  
Debtor

Case No. 25-40222 btr  
Chapter: 13

### ORDER STRIKING CHAPTER 13 PLAN FILED BY RAYMOND EDWARD KELTON ON JANUARY 29, 2025

ON THIS DATE the Court considered the Chapter 13 Plan filed by the Debtor, **Raymond Edward Kelton**, on **January 29, 2025**. Due to the failure of the Debtor to effectuate proper service of the plan upon the matrix of creditors **(as constituted by the Court on the date of filing)** pursuant to LBR 3015(b), just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Chapter 13 Plan filed by the Debtor, **Raymond Edward Kelton**, on **January 29, 2025** is **STRICKEN**.

Signed on 02/06/2025

_Brenda T. Rhoades_   SD  
HONORABLE BRENDA T. RHOADES,  
UNITED STATES BANKRUPTCY JUDGE