# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Raymond Edward Kelton, Jr.** | § | Case No. 25-40222 |
| | § | |
| **Debtor** | § | Chapter 13 |
| | § | |

## ORDER GRANTING IN PART EXTENSION OF TIME TO FILE CHAPTER 13 SCHEDULES, STATEMENT OF AFFAIRS, AND CHAPTER 13 PLAN

CAME BEFORE THE COURT Debtor's Motion, and the Court finds that good cause exists to grant the Motion in part. It is, therefore,

ORDERED that the Debtor herein shall have until **February 26, 2025** to file his Chapter 13 Schedules, Statement of Affairs, and Chapter 13 Plan.

Signed on 2/14/2025

*Brenda T. Rhoades* ST
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

###END OF ORDER###

<u>By: /s/Christopher M Lee</u>
Christopher M. Lee
State Bar No. 24041319
Jim Morrison
State Bar No. 14519050
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax
ATTORNEY FOR DEBTOR